CRÉDITO Y AHORRO POPULAR, demandante y apelado, *v.* ANTONIO MOLINI y su esposa DOÑA BLANCA MARIANI DE MOLINI, demandados y apelantes.

No. 5866.—*Sometido:* Marzo 14, 1933. *Resuelto:* Julio 29, 1933.

*González Fagundo & González Jr.,* abogados del apelante; *Tous Soto & Zapater,* abogados del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Antonio Molini Ruiz y Blanca Mariani de Molini son marido y mujer. En la Corte de Distrito de Ponce el Crédito y Ahorro Popular obtuvo sentencia en rebeldía contra dichos marido y mujer por la suma de $793.53. La referida Blanca Mariani solicitó que se dejase sin efecto la sentencia y el tribunal declaró con lugar la moción. Ella contestó la demanda y la contienda o contiendas así trabadas entre ella y el Crédito y Ahorro Popular fueron señaladas en calendario para ser vistas el 1º. de diciembre de 1930.

El 21 de noviembre de 1930, el demandante compareció a la corte por conducto de sus abogados y alegó que "desisten de la continuación de este pleito y a la corte suplican que se les tenga por desistidos y se sobresea el caso, sin especial condena de costas o excluyendo de éstas los honorarios de abogado, dejándose sin efecto el señalamiento del mismo en el calendario." La corte ordenó en términos generales el sobreseimiento del caso. Mientras tanto Antonio Molini no tomó acción alguna y no apeló de la sentencia en rebeldía dictada contra él. Entonces el demandante, fundán-

dose en la teoría de que había una sentencia válida contra el susodicho Antonio Molini, trató de ejecutarla.

Posteriormente, el aludido demandado compareció en corte y alegó en efecto que el caso había sido totalmente sobreseído y que no existía sentencia alguna en contra suya. La corte dictó resolución en favor del marido por el fundamento de que el sobreseimiento era general. Al presentársele moción de reconsideración, la corte revocó su actuación por el motivo de que cuando el caso fué sobreseído no había acción alguna pendiente contra Antonio Molini, toda vez que se había dictado sentencia en rebeldía y la misma era firme en cuanto a él; que sólo había una acción pendiente contra Blanca Mariani de Molini. La corte entonces dictó resolución declarando que el sobreseimiento anterior debía ententenderse como aplicable solamente a Blanca Mariani de Molini. El presente recurso es contra esa resolución.

■■ Resolvemos que la corte tenía razón. Se trataba, entre otras cosas, de una identificación. Examinando la moción de sobreseimiento, se ha demostrado que las palabras "el caso" se refieren al que estaba señalado para juicio; "dejándose sin efecto el señalamiento del mismo (el caso) en el calendario". Los litigantes tenían en mente la parte del pleito contra la esposa.

Aun fuera del término, la corte puede interpretar sus propias sentencias o resoluciones, aunque el apelante alegue lo contrario.

El apelante sostiene que la sentencia original era indivisible. Si la obligación principal era puramente ganancial, el marido por sí solo bastaba, y el sobreseimiento del pleito contra la esposa no podía aplicarse a aquél.

Si se estaban tratando de alcanzar los bienes privativos de la esposa, la sentencia era claramente divisible.

*Debe confirmarse la resolución apelada.*